IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL E. BROWN,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>ELOY MEDINA,<br><br>    Defendant(s). | No. C 07-4280 CRB (PR)<br><br>ORDER<br><br>(Doc # 7) |

Plaintiff's request (doc # 7) for leave to file an amended complaint in this closed matter is DENIED. Plaintiff's proposed amendment would not state a claim for relief under 42 U.S.C. § 1983. See Oct. 1, 2007 Order of Dismissal at 2; see also Flick v. Alba, 932 F.2d 728, 729 (8th Cir. 1991) ("prisoner's right to petition the government for redress . . . is not compromised by the prison's refusal to entertain his grievance").

SO ORDERED.

DATED:   Dec. 12, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Brown, D1.or2.wpd