UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

January 16, 2008



RECEIVED
FEB 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CASE INFORMATION:**
Short Case Title: Brown -v- Medina
Court of Appeals No. (leave blank if unassigned)
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-04280 CRB(PR)
Date Complaint/Indictment/Petition Filed: 8/20/07
Date Appealed order/judgment entered 10/1/07, 12/12/07
Date NOA filed 1/15/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: not applicable

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted:                         Date FP denied: 10/1/07
Is FP pending? ☐ yes ☐ no                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:
Darryl E. Brown  E-47841
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:        9th Circuit Docket Number:  08-15226

Name & Phone Number of Person Completing this Form: Maria Loo
(415) 522-2069