**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

RECEIVED
FEB 2 7 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 16, 2008

Darryl E. Brown
E-47841
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

SUBJECT:   Request for Payment of Docket Fee

Title: **Brown -v- Medina**
Case Number:   CV 07-04280 CRB(PR)
Court of Appeals Number:

A notice of appeal was filed with this Court on January 15, 2008 and the docketing fee of $ 455.00  has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator

cc: U.S. Court of Appeals

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DARRYL E. BROWN,            )
                            )
         Plaintiff,         )     CASE NO. CV-07-04280 CRB (PR)
                            )
v.                          )     PRISONER'S
                            )     IN FORMA PAUPERIS
                            )     APPLICATION
ELOY MEDINA,                )
         Defendant.         )
_____)

I, DARRYL E. BROWN, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?     Yes _____   No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____     Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____
_____

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes \_\_\_\_\_ No \_\_X\_\_
    b. Income from stocks, bonds, or royalties?     Yes \_\_\_\_\_ No \_\_X\_\_
    c. Rent payments?     Yes \_\_\_\_\_ No \_\_X\_\_
    d. Pensions, annuities, or life insurance payments?     Yes \_\_\_\_\_ No \_\_X\_\_
    e. Federal or State welfare payments, Social Security or other government source?     Yes \_\_\_\_\_ No \_\_X\_\_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes \_\_\_\_\_ No \_\_X\_\_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____0_____ Net $_____0_____

4. a. List amount you contribute to your spouse's support:

$_____0_____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home?     Yes \_\_\_\_\_ No \_\_X\_\_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     Yes \_\_\_\_\_ No \_\_\_\_\_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ ___∅___

Monthly Payment: $ _____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No __✓__

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?   Yes _____   No __X__   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No _____

_____

8. What are your monthly expenses?

Rent:  $ _____0_____   Utilities:  ___0___

Food:  $ _____0_____   Clothing:  ___0___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____ No / _____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Jan. 29, 2008
DATE

*Darryl E. Bro—*
SIGNATURE OF APPLICANT

4

Dear Clerk,                                    Feb. 21. 2008,

The Enclosed IN Forma Pauperis. was initially forwarded to the court on Feb. 1. 2008. but I Recently Received back the IN Forma Pauperis Return to sender by the Post office because the Prison mail Room Neglected to Put the Proper Postage. So I again had to Get an IN form Pauperis approval.

*Darryl E. Brown*

Darryl E. Brown
# E-47841. D8-224
Salinas Valley State Prison
P.O. Box. 1050
Soledad Ca. 93960.

1
2                                                         Case Number: _____
3
4
5
6
7
8
9                             CERTIFICATE OF FUNDS
10                                        IN
11                            PRISONER'S ACCOUNT
12
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of  Brown, Darryl  E47841  for the last six months
15  at
        SALINAS VALLEY STATE PRISON
16      ACCOUNTING DEPARTMENT                     [prisoner name]
        P.O. BOX 1020
17      SOLEDAD, CA 93960-1020  _____ where (s)he is confined.
18            [name of institution]
19      I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $ __0__ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $ __0__.
22
23  Dated: 2/22/08                              L. macias
24                                              [Authorized officer of the institution]
25
26
27
28

- 5 -

```
REPORT ID: TS3030  .701                                    REPORT DATE: 02/22/0
                                                           PAGE NO:
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 22, 2008

ACCOUNT NUMBER  : E47841                    BED/CELL NUMBER: FDB8T2000000224L
ACCOUNT NAME    : BROWN, DARRYL EUGENE      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                           TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
    DATE       HOLD
    PLACED     CODE        DESCRIPTION            COMMENT           HOLD AMOUNT
    ------     ----    ------------------------   -----------       -----------
    04/26/2005 H103    DAMAGES-REFUSED TO SIGN HOLD   2679 SVSP         49.50
    04/26/2005 H111    LIBRARY HOLD                   2679 COR          10.95
    04/26/2005 H111    LIBRARY HOLD                   2679 WSP           7.42
    10/13/2005 H110    COPIES HOLD                    0870 COPY          0.20
    01/13/2006 H110    COPIES HOLD                    1791 COPY          0.10
    02/24/2006 H110    COPIES HOLD                    2182 COPY          0.20
    04/13/2006 H110    COPIES HOLD                    2635 COPY          0.30
    08/16/2006 H110    COPIES HOLD                    0494 COPY          1.30
    09/01/2006 H110    COPIES HOLD                    0658 COPY          1.40
    12/27/2006 H110    COPIES HOLD                    1820 COPY          1.50
    02/02/2007 H110    COPIES HOLD                    2172 COPY          0.30
    04/03/2007 H110    COPIES HOLD                    2734 COPY          0.40
    09/12/2007 H110    COPIES HOLD                    0756 COPY          0.72
    10/24/2007 H110    COPIES HOLD                    1169 COPY          0.24
    02/07/2008 H109    LEGAL POSTAGE HOLD             2054 LPOST         0.58
    02/13/2008 H109    LEGAL POSTAGE HOLD             2122 ENVEL         1.35

                           TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
 ---------    ---------   -----------    -------      -------      ------------
    0.00        0.00         0.00         0.00         76.46           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2/22/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] SVSP
TRUST OFFICE

CURRENT AVAILABLE BALANCE

76.46-

DARRYL E. BROWN
#E-47891.D8-224
SALINAS VALLEY STATE PRISON
P.O. Box 1050
Soledad, CA. 93960

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco Calif. ZIP 94102

"Confidential Legal Mail"

LEGAL MAIL ONLY

CHERYL E. BROWN
#E-47841, D8-227
SALINAS VALLEY STATE PRISON
P.O. Box 1050
Soledad, CA 93960

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Calif. 94102

"Legal Confidential Mail"