FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-07-4280 CRB

Dear Clerk,                                    May. 14, 2008

Foremost, I would like to apologise that I must effectuate this correspondence on a paper bag paper, but unfortunately I have no other means at my disposal. Anyway several months ago I filed an appeal with the Northern district court after a civil complaint I attempted to file was dismissed for my allegedly failure to state a claim on which relief may be granted. The case title was DARRYL E. BROWN v. ELOY MEDINA. I was at that time incarcerated in Salinas Valley State Prison, to which I file a request to the court for leave to amend that was denied.

I then filed a Notice of Appeal with a certificate of appealability. I have not yet gotten a response from the Northern district court till date, but ironically the Ninth Circuit court has contacted me twice out of turn and in their latter contact or correspondence to me they acknowledge the error. I again contacted the Ninth Circuit and request their advice on the matter who never wrote me back. I am now in a quandary in what to do.

I would sincerely appreciate it if you would look into the matter and inform me the status of my Notice that I sent to the Northern district court.

thank you for your time, attention and consideration.

Sincerely

Darryl E. Brown

Darryl E. Brown
#E-47841 4B1L-36
California State Prison Corcoran
P.O. Box 3481
Corcoran, Ca. 93212

BY REASON OF IMPRISONMENT
Fed.R.Civ.P.5; 28 U.S.C. § 1746

I, DARRYL E. BROWN, declare: I am over 18 years of age and a party to this action. I am a resident of Corcoran State Prison in the County of Kings, State of California. My prison address is P.O. Box 3481 Corcoran, Ca. 93212.

ON the 14th of May, 2008, I served the attached letter RE: Notice of Appeal & Certificate of Appeal-ability.

ON the party herein by placing the true and correct original document (letter) thereof enclosed in a sealed envelope, with postage thereon fully paid, in the United States mail in a deposit box so provided at the above-named Correctional Institution in which I am presently confined. The envelope was addressed as follows:

Darryl E. Brown
#E-47841, 4B1L-36
California State Prison Corcoran
P.O. Box 3481
Corcoran, Ca. 93212

Office of the Clerk, U.S.
District Court Northern
District of California
450 Golden Gate Ave
San Francisco, Ca. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14th, 2008.

Darryl E. Brown

