**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 20, 2008

CASE NUMBER:   **CV 07-04280 CRB (PR)**
CASE TITLE:   **Brown-v- Medina**
DATE MANDATE FILED:   6/19/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                                  U.S. Marshal (Copy of Mandate)
                                  U.S. Probation Office

NDC App-16